Please accept Exhibit A as an attachment to the original complaint filed on 4/25/2016

Under 2:16-cv-137-WTL-DKL – Board of Trustees of the Indiana Laborers Pension Fund v. Kenneth Day

# INDIANA LABORERS PENSION FUND

P.O. BOX 1587 • TERRE HAUTE, INDIANA 47808-1587
Telephone (812) 238-2551 • Toll Free (800) 962-3158 • Fax (812) 238-2553 • www.IndianaLaborers.org

October 27, 2015

Estate of Herman Day
C/O 22780 Civic Center Dr. Apt A6
Southfield, MI 48033

RE: Herman Day, deceased
    ID#: 12900059

To Whom It May Concern:

We wish to express our sincere sympathy regarding the death of Herman Day. Please be advised since Mr. Day passed away in July 2015, his pension benefits should have been suspended effective August 1, 2015. However, since the office was not notified of his death, payments were made for the months of August and September 2015. An overpayment is due to this Fund in the amount of $2,808.58.

A refund in the amount of $2,808.58 must be paid to the Indiana Laborers Pension Fund.

This is an attempt to collect a debt. Failure to respond to this request within 30 days could result in legal action.

Sincerely,

INDIANA LABORERS PENSION FUND

ST



EXHIBIT
A

Eric C. Cook
Chairman

Officers-Board of Trustees
David A. Frye
Secretary-Treasurer

Janetta E. England
Administrative Manager