Please accept Exhibit B as an attachment to the original complaint filed on 4/25/2016

Under 2:16-cv-137-WTL-DKL – Board of Trustees of the Indiana Laborers Pension Fund v. Kenneth Day



# WRIGHT SHAGLEY & LOWERY, P.C.

*Since 1946*

*Legal Solutions with Skill and Integrity*

500 Ohio Street
P.O. Box 9849
Terre Haute, Indiana
47807-3517

Phone: 812.232.3388
Fax: 812.232.8817

www.wslfirm.com

**Richard J. Shagley**
rshagley@wslfirm.com

**Bradley A. Bough**[*]
bbough@wslfirm.com

**Richard J. Shagley II**
richards@wslfirm.com

**Thomas S. Clary II**[***]
tclary@wslfirm.com

**Michael J. Wright**
mwright@wslfirm.com

**Derek W. Conner**
dconner@wslfirm.com

**Ann Smith Mischler**[**]
amischler@wslfirm.com

**Robert L. Wright**
*of Counsel*

**Norman L. Lowery**
*of Counsel*

[*]Registered Civil Mediator
[**]Registered Family Law Mediator
[***]Also Licensed in Illinois

December 10, 2015

Kenneth Day
1225 Corby Blvd.
South Bend, IN 46617

Re: Participant: Herman Day, Deceased
    I.D.: 12900059
    Patient: Herman Day

Dear Mr. Day:

We are contacting you with reference to a debt owed by your father, Herman Day, Deceased, in the amount of Two Thousand Eight Hundred Eight Dollars and 58/100 ($2,808.58) for an overpayment of benefits by the Indiana Laborers Pension Fund for the months of August and September 2015.

This overpayment is owed to the Indiana Laborers Welfare Fund, whose address is P.O. Box 1587, Terre Haute, Indiana, 47808-1587, and has been referred to us for collection.

Unless we receive notice from you within **Thirty (30) days** from the date of this letter that you dispute all or any portion of this debt, we will consider the debt as valid and will proceed with further action to collect this debt.

If you advise us within Thirty (30) days that you do not believe that you owe this debt, or that you dispute the amount of the debt or any portion thereof, we will obtain verification of the debt or the disputed portion of the debt and send this verification to you.

Should you have other questions or wish to make arrangements for payment of this debt, please contact our office. I look forward to hearing from you in the near future.

Sincerely yours,

WRIGHT, SHAGLEY & LOWERY, P.C.

Richard J. Shagley II

RJSII/lms
cc: Stacy Schroeder

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE ADVISED THAT THIS LAW FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**



EXHIBIT B